UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRYSON LEE SLAUGHTER,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civil No. 1:26-cv-02323-kes-EPG

ORDER RE: STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 43 U.S.C. § 405(g); ORDER

(ECF No. 13)

On June 30, 2026, the parties filed a stipulation to voluntary remand this action pursuant to Sentence Four of 43 U.S.C. § 405(g). (ECF No. 13) The stipulation provides the following

> The parties stipulate that this action be remanded to the Commissioner of Social Security for further administrative proceedings, including a new hearing, and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

(*Id.*)

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 13), IT IS ORDERED that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant and to terminate Plaintiff's Motion for Summary Judgment (ECF No. 12) as no longer pending.

1

**IT IS SO ORDERED.**


**DATED:**   **June 30, 2026**                    /s/ *Eric P. Grosj*
                                           **UNITED STATES MAGISTRATE JUDGE**